1  Your name: King David Leron Donahue III
2  Address: c/o 1645 Cipriani Pl.
3  Brentwood, California [94513]
4  Phone Number: (415) 340-8409
5  Fax Number: ___
6  E-mail Address: Kingdave49erlife@yahoo.com
7  Pro Se  [Select one: Plaintiff or Defendant]

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  [Select one location: San Francisco / Oakland / San Jose / Eureka]

11
12  King David Leron Donahue III )  Case Number: C23-05564
13                               )
14       Plaintiff(s),           )  Title of Document:
15       vs.                     )  New Address
16  ANTIOCH POLICE DEPARTMENT    )
17  CITY OF ANTIOCH,             )
18  CONTRA COSTA COUNTY          )
19                               )
20                               )
21       Defendant(s).           )
22
23  c/o 1645 Cipriani Pl.
24  Brentwood, California [94513]
25
26
27
28

TITLE OF DOCUMENT: ___                CASE NO.: ___
PAGE NO. ___ OF ___  [JDC TEMPLATE]